PORT ROYAL & WESTERN CAROLINA RAILWAY CO. *v.* DAVIS.

LEWIS, J.   In a suit by an employee against a railroad company for an injury alleged to have resulted from the negligence of a coemployee, it was error for the court to give in charge to the jury section 2321 of the Civil Code; and the error was not cured by the judge subsequently stating in his charge the correct rule on the subject, without calling attention of the jury to his mistake in quoting said section to them as the law of the case.   *Georgia Railroad Co.* v. *Hicks*, 95 *Ga.* 301–305.

*Judgment reversed.   All the Justices concurring.*

Argued January 24, — Decided March 2, 1898.

Action for damages.   Before Judge Eve.   City court of Richmond county.   July term, 1897.

*Ganahl & Ganahl*, for plaintiff in error.
*C. H. Cohen* and *J. R. Lamar*, contra.

---

WALKER *v.* TRAMMELL.

LUMPKIN, P. J.   There was no error in rejecting testimony; the newly discovered evidence was not of a character to authorize the granting of a new trial; and the verdict was fully warranted.

*Judgment affirmed.   All the Justices concurring.*

Argued January 31, — Decided March 2, 1898.

Appeal.   Before Judge Felton.   Crawford superior court. March term, 1897.

*M. G. Bayne* and *A. J. Danielly*, for plaintiff in error.